IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2547

TAYLOR ASHLEY WRIGHT,
FORMER WIFE,

      Appellant,

v.

JEFFREY DAVID WRIGHT,
FORMER HUSBAND,

      Appellee.

_____/

Opinion filed August 24, 2017.

An appeal from the Circuit Court for Okaloosa County.
Mary Polson, Judge.

E. Jane Brehany, Pensacola, for Appellant.

No appearance for Appellee.

PER CURIAM.

      DISMISSED.

LEWIS, RAY, and JAY, JJ., CONCUR.